IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA PAYNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-678 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

State Farm Lloyds, the defendant in this insurance dispute, moved for summary judgment dismissing the claims filed by the plaintiff, Sandra Payne, with prejudice. The motion was based on the timing of the suit, after the statute of limitations had expired. The plaintiff responded by moving to dismiss, without prejudice. This court requested that State Farm Lloyds advise whether it opposes the plaintiff's request for dismissal without prejudice. State Farms Lloyds has advised that it does not oppose the plaintiff's request. The plaintiff's motion to dismiss, (Docket Entry No. 11), is granted. The dismissal is without prejudice. All other pending motions and deadlines are terminated.

SIGNED on August 2, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge